```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MARCUS GIBSON,<br><br>       Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>       Defendant. | Civil Action<br>No. 16-6017 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Marcus Gibson seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

    Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

 

| | |
|---|---|
|  October 12, 2016  |  s/ Jerome B. Simandle  |
| Date | JEROME B. SIMANDLE<br>Chief U.S. District Judge |